UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILHEMINA TEARTT,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 16-cv-05579-SK<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 30, 2016, Plaintiff filed a complaint appealing the denial of social security benefits. The Court granted Plaintiff's application to proceed *in forma pauperis*, and the defendant was served. On January 17, 2017, the Defendant filed an answer. Pursuant to the Social Security Procedural Order filed in this action, Plaintiff's motion for summary judgment was due to be filed by February 14, 2017. (*See* Dkt. 4.) To date, Plaintiff has not filed a motion for summary judgment. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than March 31, 2017. If Plaintiff intends to file a motion for summary judgment, she must show good cause for her failure to comply with the scheduling order in this case. Plaintiff is admonished that if she fails to file a response to this Order to Show Cause by March 31, 2017, the Court will dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: March 20, 2017

_____
SALLIE KIM
United States Magistrate Judge